# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00736-CV

**TippingPoint Technologies, Inc., successor-in-interest to Netpliance, Inc., Appellant**

**v.**

**Lakewood Property Trust as successor in-interest to HUB Properties Trust, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT**
**NO. GN300311, HONORABLE PAUL DAVIS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a motion to dismiss this appeal with prejudice, informing this Court that they have settled their differences and dismissed the underlying proceeding in district court. We grant the motion and dismiss this appeal.

_____

Mack Kidd, Justice

Before Justices Kidd, Puryear, and Pemberton

Dismissed on Joint Motion

Filed:   January 8, 2004